COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:     Ramesh Kapur, dba AIC Management Company v. Winfield II
                         Owners Association Inc., Randall Management Inc., and Casey
                         Lambright

Appellate case number:   01-16-00019-CV

Trial court case number: 2014-45991

Trial court:             270th District Court of Harris County

We dismissed this appeal by memorandum opinion issued on June 9, 2016, because appellants had failed to make arrangements to pay for the clerk's record and had not responded to our notice. On June 15, 2016, appellants filed a motion for rehearing, stating that they had now paid for the clerk's record and asked that we reinstate the appeal. On June 16, 2016, the clerk's record was filed. We requested a response to appellants' motion for rehearing and appellees have filed a response, noting their opposition.

We grant the motion for rehearing, withdraw our opinion and judgment of June 9, 2016, and reinstate this appeal on the active docket. Appellants' brief is due within 30 days of the date of this order. The brief shall comply with Rule 38.1, including citations to the record and to authority. *See* TEX. R. APP. P. 38.1. No further extensions will be granted absent exceptional circumstances.

It is so ORDERED.


Judge's signature: /s/ Harvey Brown
                   ☒ Acting individually


Date: June 30, 2016